Clark V. RICHART, Plaintiff-Appellant,

v.

Kathleen M. RICHART, Defendant-Respondent.

No. 48564.

Missouri Court of Appeals, Eastern District, Division One.

April 2, 1985.

Darrill S. Beebe, St. Charles, for plaintiff-appellant.

Richard H. Edwards, Clayton, for defendant-respondent.

ORDER

PER CURIAM.

This is an appeal from an order by the circuit court holding appellant in civil contempt and ordering him to sell certain real estate he claimed as a homestead.

A civil contempt order is not a final judgment for purposes of appeal until the court's order is enforced by actual incarceration of the contemnor. Since the con-

tempt order has not been enforced, appellant's appeal is dismissed as premature.